1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT
9                    CENTRAL DISTRICT OF CALIFORNIA
10

11  | MAG INSTRUMENT, INC.,                          | Case No. CV 08-5598-VBF
12  |         Plaintiff,                             | **CONSENT JUDGMENT AND PERMANENT INJUNCTION**
13  |     v.                                         |
14  | COAST CUTLERY CO., COAST PRODUCTS, INC., COAST | Hon. Valerie Baker Fairbank
15  | OPTOELECTRONICS and DOES 1-10,                 |
16  |                                                |
17  |         Defendants.                            |

18
19
20
21
22
23
24
25
26
27
28

WHEREAS plaintiff Mag Instrument, Inc. ("Mag Instrument") and defendants Coast Cutlery Co. and Coast Products, Inc. (referred to jointly, severally and collectively as "Coast") have agreed in a separate confidential agreement to settlement of the matters in issue between them in this action and to the entry of this Consent Judgment and Permanent Injunction, it is hereby ORDERED, ADJUDGED and DECREED that:

1. This is an action for (1) federal unfair competition by false comparative advertising under 15 U.S.C. § 1125(a); (2) statutory unfair competition under California Business and Professions Code § 17200, et seq.; (3) federal trademark dilution under 15 U.S.C. § 1125(c); (4) trademark dilution under California Business and Professions Code § 14247; and (5) common law unfair competition.

2. This Court has jurisdiction over all the parties to this action and over the subject matter based on 28 U.S.C. §§ 1331, 1338(a) and (b), 28 U.S.C. § 1367(a) and 15 U.S.C. § 1051 *et seq.* This Court has continuing jurisdiction to enforce the terms and provisions of this Consent Judgment and Permanent Injunction. Venue is proper under 28 U.S.C. §§ 1391(b) and (c).

3. Mag Instrument is a corporation incorporated under the laws of the State of California, having its principal place of business at 2001 South Hellman Avenue, Ontario, California.

4. Coast Cutlery Co. and Coast Products, Inc., are both corporations incorporated under the laws of the State of Oregon, having their principal places of business in Portland, Oregon.

5. For many years, Mag Instrument has continuously manufactured, advertised, marketed, sold and distributed, in interstate commerce, high-quality machined aluminum flashlights including, but not limited to, C-cell and D-cell flashlights under the distinctive trademark MAG-LITE, AA-cell flashlights under the distinctive trademark MINI MAGLITE, and single-cell AA flashlights under the

distinctive trademark SOLITAIRE. Each of these flashlights is characterized by its distinctive shape, style and overall appearance (hereinafter called an "SSOA Trademark"). Each of these flashlights is further characterized by the distinctive appearance of an inscription around the circumference of the face cap of the flashlight (hereinafter called a "Circumferential Inscription Trademark").

6. Mag Instrument has obtained, and is the owner of, federal trademark registrations including the following (hereinafter called "the Subject Mag Instrument Trademarks"):

- 2,687,693 for the shape, style and overall appearance ("SSOA") of the D-cell MAGLITE® flashlight;
- 2,745,460 for the SSOA of the C-cell MAGLITE® flashlight;
- 2,074,795 for the SSOA of the AA-cell MINI MAGLITE®;
- 2,765,978 for the SSOA of Mag Instrument's Solitaire® flashlight;
- 1,667,539 for a circumferential inscription of the words MINI-MAGLITE around the head of a flashlight;
- 1,655,486 for a circumferential inscription of the term MAG-LITE around the head of a flashlight;
- 1,808,998 for a circumferential inscription around the circumference of the circular face cap cover or head of a flashlight, in a color contrasting with the color of the rest of the flashlight; and
- 1,709,897 for the mark THE PROFESSIONAL FLASHLIGHT.

7. Coast has consented, as a term of settlement of this action, to be enjoined on the terms set forth below.

8. Coast Cutlery Co., Coast Products, Inc., and all persons in active concert and participation with them or either of them who receive actual notice of this Consent Judgment and Permanent Injunction by personal service or otherwise are hereby PERMANENTLY RESTRAINED AND ENJOINED from engaging

in any of the following activities:

8.1.  Using the Subject Mag Instrument Trademarks or the product name, trade name, trademark or likeness of any Mag Instrument product on any website, packaging, marketing materials, catalogs or other sales or promotional materials;

8.2.  diluting (by tarnishment, blurring or otherwise) the Subject Mag Instrument Trademarks; and

8.3.  unfairly competing with Mag Instrument in any manner.

9. In any proceeding to enforce the terms of this Consent Judgment and Permanent Injunction:

9.1.  It shall be a defense, on which Coast shall bear the burden of proof, to demonstrate that the accused activity is licensed or otherwise permitted by the terms of the parties' confidential Settlement Agreement;

9.2.  in any dispute over whether a "Present Product of Coast" or a "Present Graphic of Coast" (as defined in the parties' confidential Settlement Agreement) infringes any Subject Mag Instrument Trademark or imitates, simulates or references the same in a competitively unfair manner, it shall NOT be a defense, and Coast shall NOT be heard to assert, that any Subject Mag Instrument Trademark is invalid or unenforceable;

9.3.  in any dispute over whether a Coast product other than a "Present Product of Coast" or a graphic other than a "Present Graphic of Coast" (as defined in the parties' confidential Settlement Agreement) infringes any Subject Mag Instrument Trademark or imitates, simulates or references the same in a competitively unfair manner, it shall be a defense, on which Coast shall bear the burden of proof, that the asserted Subject Mag Instrument Trademark is invalid or unenforceable.

10. Service of a copy of this Consent Judgment and Permanent Injunction, after its entry by the Court, upon Coast Cutlery Co., and Coast Products, Inc., by mailing

1. the same addressed to those entities "c/o Peter E. Heuser, Esq., Kolisch Hartwell, 200 Pacific Bldg., 520 S.W. Yamhill Street, Portland, Oregon 97204" shall be deemed sufficient notice under Federal Rule of Civil Procedure 65. It shall not be necessary for either defendant to sign any form of acknowledgement of service.

11. The parties shall bear their own attorneys' fees and costs.

WHEREFORE the parties, through their authorized representative, do stipulate their assent to this Consent Judgment and Permanent Injunction, including its form and content in all respects, by affixing their signatures below.

**SO STIPULATED:**

Robert C. Weiss (SBN 39,929)
rcweiss@jonesday.com
Jerrold B. Reilly (SBN 116,536)
jbreilly@jonesday.com
Anna E. Raimer (SBN 234,794)
aeraimer@jonesday.com
JONES DAY
555 South Flower Street, 50th Floor
Los Angeles, CA  90071
Telephone:  (213) 489-3939
Facsimile:  (213) 243-2539

Peter E. Heuser (SBN 111600)
heuser@khpatent.com
Elizabeth A. Tedesco (SBN 221162)
tedescoCkhpatent.com
KOLISCH HARTWELL, P.C.
200 Pacific Building,
520 Southwest Yamhill Street
Portland, OR 97204
Telephone: (503) 224-6655
Facsimile: (503) 295-6679

By:  //s// Jerrold B. Reilly

By:  //s// Peter E. Heuser

**SO ORDERED, ADJUDGED AND DECREED:**

Dated:   July 2, 2009

*Valerie Baker Fairbank*

UNITED STATES DISTRICT JUDGE